AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| ADRIAN L. WHITE <br><br> *Plaintiff(s)* <br> v. <br> WYOMING STATE PENITENTIARY, <br> WYOMING DEPARTMENT OF CORRECTIONS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-cv-27-F |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WYOMING DEPARTMENT OF CORRECTIONS
1934 WYOTT DRIVE, SUITE 100
CHEYENNE, WY 82002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JASON E. OCHS
OCHS LAW FIRM, P.C.
323 SOUTH DAVID
CASPER, WY 82601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Stephan Harris
CLERK OF COURT

Date: FEB - 6 2014      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **(Tammy Norton) Wyo Dept Corrections**
was received by me on *(date)* **2-19-14**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Tammy Norton** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Wyo Dept Corrections**
**1934 Wyott Dr. Chey WY** on *(date)* **2-19-14** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ **65.00** for travel and $ **15.00** copies for services, for a total of $ **83.00** ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: **2-19-14**

_____Rick Sargent_____
Server's signature

**Rick SARGENT**
Printed name and title

**244 S. House Ave**
**Chey WY**
Server's address

Additional information regarding attempted service, etc: