| STATE OF WYOMING | COUNTY OF |
|---|---|

IN THE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

**Adrian L White**
*Plaintiff,*
-vs-
**Wyoming State Penitentiary Wyoming Department of Corrections**
*Defendant.*

Civil Action No: **14CV27F**

## SERVICE RETURN FOR WYOMING STATE PENITENTIARY

I, **Eileen Hansen**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [►] I made service of said *Summons, Complaint, and Demand for Jury Triall* in the county aforesaid on the **21st day of February, 2014**, at **9:45 AM** by delivering a copy of the same, to **Wyoming State Penitentiary** to wit:

    a. [ ] Personally and in person at:
      [ ] Home
      [ ] Work:
      [ ] Bank:
      [►] Other: **Wyo. State Pen**

    b. [►] By leaving copies with **Gallo Kya (Agent for service)**, a person over the age of 14 years old: **Wyoming State Penitentiary, 2900 Higley Rd, Rawlins, WY**.

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

_____
Eileen Hansen

Subscribed and sworn to before me by Eileen Hansen this 21 day of Feb 2014.

_____
Notary Public / Clerk

MARSHA P. KLATT - NOTARY PUBLIC
COUNTY OF CARBON  STATE OF WYOMING
MY COMMISSION EXPIRES FEBRUARY 10, 2017



Law Office of Jason E Ochs

356617